UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

In Re: § §
 § Case No. 05-48230
John Richard Coffee, Jr. §
 §
Debtor § (Chapter 7)

NOTICE OF DEPOSIT OF DIVIDENDS TO THE COURT REGISTRY
UPON THE EXPIRATION OF 90 DAYS PAST CHECKS CUT DATE

COMES NOW Michelle H. Chow, Trustee, and files this Notice of Deposit of Dividends to the Court Registry Upon the Expiration of 90 Days Past Checks Cut Date.

1. The Trustee's Final Report and Notice of Trustee's Final Report were filed on February 24, 2010.

2. Checks were processed and mailed to appropriate creditors on April 1, 2010.

3. Check #1004 in the amount of $901.73 was issued on April 1, 2010 for:

   Gloria White
   Claim #3
   Amount allowed: $7,500.00
   Amount of check #1004 $901.73

4. The Trustee received the check back as undelivered. Various attempts to locate the creditor includes telephone directory assistance, zip code and address searches, and county appraisal records. Trustee also requested the Debtor to assist in locating the claimant. An alternative address was provided by the Debtor; however, the check was not cashed nor returned to the Trustee upon expiration of the 90 days past checks cut date. The Trustee has been unable to locate this creditor.

5. Pursuant to Bankruptcy Rule §347, the Trustee has stopped payment on check #1004 and will remit the amount of this check for $901.73 into the Court registry upon expiration of 90 days past the check cut date.

6. The Trustee hereby gives notice of deposit of check number #1007, dated July 12, 2010 in the amount of $901.73 to the court registry for this claim.

Respectfully Submitted,

/s/Michelle H. Chow
Michelle H. Chow, Trustee
5401 N. Central Expressway Suite 218

Dallas, TX 75205
214-521-6627 p214-320-2966 f
CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

This certifies that a copy of the foregoing pleading has been served via first class mail, postage prepaid, on all parties listed on the attached service list on July 12, 2010.
W:\MChow\Forms\Notice of Deposit 90 days.wpd

/s/Michelle H. Chow
Michelle H. Chow

| | | |
|---|---|---|
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | Attorney General of Texas<br>Taxation Division Bkrpcy<br>Box 12548<br>Capitol Station<br>Austin TX 78711-2548 | Attorney General of the US<br>Department of Justice<br>Tenth & Constitution Avenues<br>Washington DC 20530-0001 |
| City of Lewisville Tax Collector<br>PO Box 299002<br>Lewisville TX 75029-9002 | Denton County Tax Collector<br>PO Box 90204<br>Denton TX 76202-5204 | Gloria White<br>P.O. Box 270030<br>Austin, TX 78727-0030 |
| John Richard Coffee Jr<br>801 Hebron Parkway #7212<br>Lewisville, TX 75057-5011 | Lewisville ISD Tax Collector<br>1800 Timbercreek Road<br>Lewisville TX 75028-1146 | Merv Bernard Waage<br>8350 South Stemmons<br>Hickory Creek, TX 75065-7590 |
| State Comptroller of<br>Public Accounts<br>Capitol Station<br>Austin TX 78774-0001 | Texas Employment Commission<br>TEC Building<br>Tax Department<br>Austin TX 78778-0001 | Timothy W. O'Neal<br>Office of the U.S. Trustee<br>110 N. College Ave., Ste. 300<br>Tyler, TX 75702-7231 |
| U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 | United States Attorneys Office<br>110 North College Avenue<br>Suite 700<br>Tyler TX 75702-7237 | |